

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re: HydroChem LLC

Appellate case number:     01-21-00087-CV

Trial court case number:  2020-18662

Trial court:                     133rd District Court of Harris County

      Relator, HydroChem LLC, has filed a petition for writ of mandamus challenging the trial court's January 31, 2021 order compelling production. The Court requests that real party in interest file any response to the petition by no later than **March 17, 2021**.

      It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                               Acting individually

Date:   ___February 25, 2021_____